```
         IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF ARKANSAS
                   WESTERN DIVISION
```

UNITED STATES OF AMERICA

vs.                              NO. 4:08CR000290-003 SWW

MAISHA A. LAND

### ORDER

The above entitled cause came on for hearing on June 23, 2011 on government's petition [doc #131] to revoke the probation previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the statements of defendant, the Court found that defendant has violated the conditions of probation without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the probation previously granted this defendant, be, and it is hereby, ***REVOKED***.

IT IS FURTHER ORDERED that defendant is sentenced to ***TIME SERVED***.

There will be ***TWO (2) YEARS*** of supervised release to follow. All standard conditions of supervised release will apply. In addition, the defendant will be subject to the following special conditions of supervised release:

1. Defendant shall remain at Arkansas Cares and complete the ***SIX (6) MONTH*** in-patient component of the program, then continue in the transitional program until she successfully completes the program and is discharged by Arkansas Cares.

2. Defendant shall be subject to drug testing and shall participate, under the guidance and supervision of the U. S. Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of any treatment.

3.    Defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.

4.    Defendant shall disclose financial information upon request of the U.S. Probation Office, including, but not limited to, loans, lines of credit, and tax returns.  This also includes records of any business with which defendant is associated.  No new lines of credit shall be established without prior approval of the U.S. Probation Office until all criminal penalties have been satisfied.

5.    Defendant shall not obtain employment at an institution insured by the
FDIC or at a Federal Credit Union.

6.    The defendant's progress will be assessed every 90 days during the period of time that defendant resides at Arkansas Cares.

7. Defendant will be allowed to discontinue restitution payments during the in-patient component at Arkansas Cares. The restitution payments will resume at **_FIFTY (50) DOLLARS A MONTH_** when defendant enters the component of the program at Arkansas Cares when defendant retains employment. The interest requirement is waived.

The status hearing in this matter hereby is scheduled at **_10:00 a.m. on FRIDAY, SEPTEMBER 23, 2011_**, in Room #1D, Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas.

IT IS SO ORDERED this 28th day of June 2011.

/s/Susan Webber Wright

United States District Judge